## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 06-30037-02** |
| **VERSUS** | * | **JUDGE JAMES** |
| **SOUTH 2ND STREET, L.L.C.** | * | **MAGISTRATE JUDGE HAYES** |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, South 2nd Street, L.L.C., on May 11, 2007.  Defendant,  through its duly authorized corporate representative, Fadhl M. Mohamed, was present with counsel, Mr. Charles Kincade.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant, through its representative, is fully competent, that the plea of guilty is knowing and voluntary, and that the guilty plea to Count Two of the indictment, the forfeiture allegations contained therein (all three counts), and its obligation to provide restitution to the victims of all counts, is fully supported by an oral factual basis for each of the essential elements of the offense. Defendant's representative was present in the court room for the oral factual basis given in connection with the change of plea hearing for co-defendant Taha Sharaf Masoud Alyousefi, and, except for taking issue with the amount of the check cashing fees and the allegation that the

defendant knew that the purchased goods were counterfeit, agreed with the facts stated therein as support for its plea as well. Therefore the undersigned U. S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, South 2nd Street, L.L.C., in accordance with the terms of the plea agreement filed in the record of these proceedings, and that South 2nd Street, L.L.C. be finally adjudged guilty of the offense charged in Count Two of the Indictment, the forfeiture allegations contained therein (all three counts), and its obligation to provide restitution to the victims of all counts.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and F.R.C.P. Rule 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) business days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this 14th day of May, 2007.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE